IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GLENDA HARPER**                                                                                               **PLAINTIFF**

**V.**                     **CASE NO. 5:10CV00052 JMM**

**JEFFERSON HOSPITAL ASSOCIATION
D/B/A JEFFERSON REGIONAL MEDICAL
CENTER AND CHARLES MABRY, M.D.**                    **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date, the claims in the above styled case against Dr. Charles Mabry are dismissed with prejudice.

**IT IS SO ORDERED THIS  1  day of   June  , 2011.**

_____
**James M. Moody
United States District Judge**