IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLENDA HARPER            PLAINTIFF

V.            CASE NO. 5:10CV00052 JMM

JEFFERSON HOSPITAL ASSOCIATION
D/B/A JEFFERSON REGIONAL MEDICAL
CENTER AND CHARLES MABRY, M.D.            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed with prejudice and Judgment is entered in favor of defendant Jefferson Hospital Association.

**IT IS SO ORDERED THIS   17    day of   August  , 2011.**

_____
**James M. Moody
United States District Judge**